# Unclaimed Funds

Entered 2/4/2016 to 2/4/2016

| Case No./Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 10-18626 -fjb<br>19672623 | DAVID & SUELENE WUNDER<br>526 WINTER ST<br>FRAMINGHAM, MA 01702<br>01702 | 113.00 | 02/04/2016 |
| 10-18907 -jnf<br>19672634 | ALINE AHARONIAN<br>10 HOPE ST<br>WALPOLE, MA 02081<br>02081 | 260.00 | 02/04/2016 |
| 10-19387 -jnf<br>19672635 | PAUL GRADY<br>2 CUSHING RD<br>COHASSET,MA 02025<br>02025 | 17.00 | 02/04/2016 |
| 10-19614 -jnf<br>17873803 | Sophia Chea<br>113 Weatherly Drive, #102<br>Salem, MA 01970 | 3.12 | 02/04/2016 |
| 10-19738 -jnf<br>17718179 | Lahey Clinic<br>PO BOX 981001<br>Burlington, MA 01805<br>01805 | 1.27 | 02/04/2016 |
| 10-19802 -msh<br>19672640 | BANK OF AMERICA<br>ATTN: MR. M-BK-DES-023-03-03<br>1000 SAMOSET DR<br>NEWARK, DE 19713<br>19713 | 6.35 | 02/04/2016 |
| 10-19947 -jnf<br>19672642 | HOMEWARD RESIDENTIAL INC<br>BANKRUPTCY DEPT<br>1525 BELTLINE RD, SUITE 100N<br>COPPELL, TX 75019<br>75019 | 1,153.50 | 02/04/2016 |
| 10-19966 -msh<br>19672636 | ALVARO OCHOA<br>36 PRESCOTT ST | 166.00 | 02/04/2016 |

|  |  |  |  |
|---|---|---|---|
|  | BOSTON, MA 02128<br>02128 |  |  |
| [10-20425 -jnf](#)<br>17768165 | Citibank South Dakota NA DBA<br>4740 121st St<br>Urbandale, IA 50323<br>50323 | 363.79 | 02/04/2016 |
| [10-20497 -msh](#)<br>17745646 | American Finco<br>425 N Martingale Rd Ste<br>Schaumburg, IL 60173<br>60173 | 836.54 | 02/04/2016 |
| [10-22995 -jnf](#)<br>17839263 | First Resolution Investment Co<br>PO Box 34000<br>Seattle, WA 98124<br>98124 | 88.78 | 02/04/2016 |
| [10-23002 -fjb](#)<br>17839369 | Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195<br>64195 | 97.86 | 02/04/2016 |
| [11-10009 -jnf](#)<br>17891147 | Travis Mcguire<br>5 Dodge St. Apt 1<br>Cambridge, MA 02139<br>02139 | 0.73 | 02/04/2016 |
| [11-15366 -jnf](#)<br>18089565 | ROBERT E. PAVAO, DDS<br>654 WEETAMOE STREET<br>FALL RIVER, MA 02720 | 1,009.22 | 02/04/2016 |
| [12-12623 -msh](#)<br>18660357 | Verizon Wireless<br>PO BOX 3397<br>Bloomington, IL 61702<br>61702 | 0.03 | 02/04/2016 |
| [12-16975 -jnf](#)<br>19672637 | CARMEN MENENDEZ<br>22 EDWARDS COURT<br>LYNN, MA 01905<br>01905 | 82.00 | 02/04/2016 |
| [12-18597 -fjb](#)<br>18759253 | Citibankna<br>1000 Technology Dr | 102.00 | 02/04/2016 |

                        O Fallon, MO 63368
                        63368

| | | | |
|---|---|---|---|
| 12-18847 -fjb<br>18804493 | Norfolk Financial Corp.<br>c/o The Schreiber Law Firm, LLC<br>53 Stiles Road, Suite A102<br>Salem, NH 03079<br>03079 | 28.73 | 02/04/2016 |

**Grand Total: 4,329.92**